Judgment in a Civil Case

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOUG STREET,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **VS.** | ) CIVIL NO. 06-424-PMF |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | ) |
| **of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision affirming the Commissioner's final decision denying disability benefits,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of the defendant, Commissioner of Social Security, and against plaintiff, Doug Street.

DATED:  September 20, 2007.

NORBERT G. JAWORSKI, CLERK


By: *s/Karen Metheney*
    Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**Hon. Philip M. Frazier**
**United States Magistrate Judge**